UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26mj79 JFD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| v. | ) | |
| DOMINIQUE BOUDREAUX, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 17, 2026, in the State and District of Minnesota, the defendant,

**DOMINIQUE BOUDREAUX,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, Customs and Border Protection officers, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 5, 2026

DANIEL N. ROSEN
United States Attorney

/s/   *John Arboleda*
BY:   JOHN ARBOLEDA
Special Assistant United States Attorney



SCANNED
FEB 0 5 2026
U.S. DISTRICT COURT MPLS