UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 26-mj-79 (KMM-JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER OF DISMISSAL**

DOMINIQUE BOUDREAUX,

Defendant.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED, and the charges alleged against the defendant DOMINIQUE BOUDREAUX in the Information in the above-referenced matter are dismissed.

Dated: March 26, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Court Judge